No. 125. HARSH *v.* ILLINOIS TERMINAL RAILROAD CO. Certiorari, 348 U. S. 809, to the Supreme Court of Illinois. Argued February 8, 1955. Decided February 14, 1955. *Per Curiam:* Judgment reversed. *Lavender* v. *Kurn,* 327 U. S. 645. *Morris B. Chapman* argued the cause and filed a brief for petitioner. *Fred P. Schuman* and *Harold G. Talley* argued the cause for respondent. With them on

the brief were *George D. Burroughs* and *Gordon Burroughs*.